IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

**LANCE MCKINNEY,**

    **Plaintiff,**

v.                                                Case No. 1:23-cv-152-AW-MAF

**CAPTAIN TAFF, et al.,**

    **Defendants.**

_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION

Pro se plaintiff Lance McKinney sued as a pretrial detainee, alleging constitutional violations relating to his slip-and-fall. He has since been released. The magistrate judge identified deficiencies in the complaint and directed McKinney to replead, which he did. The magistrate judge found that deficiencies remained, and he recommended dismissal for failure to state a claim and because the complaint is a shotgun pleading. ECF No. 11. The report and recommendation was returned as undelivered, ECF No. 12, and the court then sent it to McKinney's new address. McKinney has not objected to the report and recommendation.

Having carefully considered the matter, I agree with the magistrate judge. I now adopt the report and recommendation (ECF No. 11) and incorporate it into this order. The clerk will enter a judgment that says, "Plaintiff's claims are dismissed for failure to state a claim and because the complaint is a shotgun pleading." The clerk will then close the file.

1

SO ORDERED on October 23, 2023.

                                                       s/ *Allen Winsor*
                                                       United States District Judge